| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-62315 |
| | : | |
| DILLON HAWK LANEY | : | JUDGE KENDIG |
| EMILY MARIE LANEY | : | |
| | : | SECOND AMENDED MOTION TO AVOID LIEN |
| DEBTORS. | : | |
| | : | |

******* ******

1. Debtors, Dillon Hawk Laney and Emily Marie Laney, commenced this case on November 18, 2019 by filing a voluntary petition for relief under Chapter 7 of Title II of the United States Bankruptcy Code.

2. This Court has jurisdiction over this motion, filed pursuant to 22 U. S. C. Sec. 522 (f) to avoid and cancel a judgment lien held by Crown Asset Management LLC on real property used as the debtor's residence under 28 U. S. C. Sec. 1334.

3. On September 11, 2019, creditors recorded a judgment lien against the following debtors former residence at:

> 314 Paris Avenue SE
> Paris, OH 44669

The Real Estate is further known as Lot No. 9 in the Town of Paris as more particularly described on Exhibit "A" attached hereto.

The said judgment lien is entered of record as follows

> Crown Asset Management LLC vs. Emily Stauffer
> Canton Municipal Court
> Case No. 2018 CVF 7255
> Judgment Lien No. 2019JG05643
> Amount: $1,034.25

4. The debtors' interest in the property referred to in the preceding paragraph and encumbered by the lien has been transferred to the Debtors former husband, Devan Stauffer, pursuant to the terms of a Separation Agreement found in Case No. 2016DR00220, a copy of which is attached hereto and marked as Exhibit "B". The Stark County Auditor's current evaluation of the aforesaid property was the sum of $96,500.00, which had it still been owned by the debtor would in fact be exempt. Additionally, the property is still encumbered by a mortgage for which the debtor is not responsible, but which further reduces the value of the property

5. The existence of the Crown Asset Management LLC lien as described above, on debtor's real property impairs exemptions to which the debtors would be entitled under 11 U.S. C. Sec. 522(b).

Wherefore, debtors pray for an order against Crown Asset Management LLC avoiding and canceling the judicial lien in the above mention property, and for such additional or alternative relief as may be just and proper.

/s/ Dillon Hawk Laney _____

/s/ Emily Marie Laney _____

/s/ John Variola
**John Variola (#0018308)**
**Attorney for Debtors**
**610 Market Avenue North**
**Canton Ohio 44702**
**(330) 455-5195**
**(330) 455-2982 – Fax**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Avoid Lien was electronically transmitted on or about December 28, 2020 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

**US Trustee**
**Lisa M. Barbacci, Trustee – barbaccitrustee@gmail.com**

And by Regular U. S. Mail to:

**Crown Asset Management LLC**
**c/o Levy & Associates LLC**
**4645 Executive Drive**
**Columbus, OH 43220**

**Creditors on the attached list.**

/s/ John Variola
**John Variola (#0018308)**
**Attorney for Debtors**

*EXHIBIT "A"*





ALAN HAROLD
Stark County Auditor
FEE _____

NOV 0 1 2019

TRANSFERRED
TRANSFER NOT NECESSARY
DEPUTY _____

## QUIT CLAIM DEED

**EMILY M. STAUFFER**, married, the Grantor for valuable consideration paid does give, grant, remise, release, and forever quit-claim to, **DEVIN STAUFFER**, the Grantee, whose tax mailing address will be 2500 Westfield Dr., Elgin, IL 60124.

The following described premises situated in the Township of Paris, County of STARK, State of Ohio:

Known as and being Lot Number Nine (9) in the town of Paris

Also known as: **314 PARIS AVE. SE, PARIS, OHIO 44669.**

PARCEL NO.: 4101353
PRIOR INSTRUMENT NO(S).: 201504300016051 of the Deed Records of STARK County, Ohio

The above granted and bargained premises is conveyed subject to and there are excepted the following: (1) All reservations, restrictions, easements, covenants, conditions of record, and any rights of tenants in possession; (2) Zoning and building ordinances and regulations; and (3) Real estate taxes and assessments, not yet due and payable. Grantee assumes and agrees to pay all general and special taxes and assessments that come due, even if said taxes cover a time period prior to the date of this conveyance.

EXECUTED this ___31st___ day of ___October___, 2019.

*Emily M. Stauffer*    DBA Emily M. Laney
EMILY M. STAUFFER

And for valuable consideration, DILLON LANEY, husband of EMILY M. STAUFFER, does hereby remise, release and forever quit-claim unto the said Grantee, their successors and assigns, all his right and expectancy of dower in the above-described premises.

*Dillon H. Laney*
DILLON LANEY

STATE OF ___Ohio___, ___Stark___ COUNTY, SS:

Before me, a Notary Public in and for said County and State, personally appeared the above-named, **EMILY M. STAUFFER** and **DILLON LANEY**, Wife and Husband, who acknowledged that they did sign the foregoing instrument and that the same is their free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal

at ___Canton___ Ohio, this ___31st___ day of ___October___, 2019.

*Annette Pierce*
Notary Public

This instrument prepared by:
Danielle M. Pierce, Esq.
4842 Higbee Ave NW
Canton, Ohio 44718
330-588-6115

DANIELLE M. PIERCE
Attorney at Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147 03 O R.C.



DANIELLE M. PIERCE
Attorney at Law
NOTARY PUBLIC
OHIO
My Commission Has
No Expiration Date
Sec 147.03 O.R.C.

*EXHIBIT "B"*

_Family court_ Division

_Stark_ COUNTY, OHIO

Devin Stauffer :
Plaintiff/Petitioner
314 Paris Ave. S-e
Street Address
Paris Oh. 44669
City, State and Zip Code

Case No. _2016DR00220_

Judge _____

and

Emily Stauffer :
Plaintiff/Petitioner
1231 Colonial blvd Ne
Street Address
Canton Oh. 44714
City, State and Zip Code

Magistrate _____

---

**Instructions:** This form is used to present an agreement to the Court regarding spousal support, the division of personal property, real estate, and debts resulting from the termination of marriage. If the parties have any minor child(ren), child(ren) with disabilities, or the Wife is pregnant, a Shared Parenting Plan (Uniform Domestic Relations Form 17) or Parenting Plan (Uniform Domestic Relations Form 18) must be attached.

---

## SEPARATION AGREEMENT

The parties, Devin Stauffer _____, Husband, and

Emily Stauffer _____, Wife, state the following.

1. The parties were married to one another on _8-18-07_ (date of marriage)

   in _Massillon, Ohio_ (city or county, and state), and request

   that the termination of marriage be the date ☒ of final hearing or ☐ as specified: _____

   _____

2. The parties intend to live separate and apart.

3. Each party has made full and complete disclosure to the other of all marital property, separate property, and any other assets, debts, income, and expenses.

4. Neither party has knowledge of any other property and debts of any kind in which either party has an interest.

5. Each party has had the opportunity to value and verify all marital property, separate property, and debts.

Supreme Court of Ohio
Uniform Domestic Relations Form – Affidavit 3
Parenting Proceeding Affidavit
Approved under Ohio Civil Rule 84
Effective Date: July 1, 2010

Page 32 of 87

**ENTERED BY 9**

6.  A party's willful failure to disclose may result in the Court awarding the other party three times the value of the property, assets, income, or expenses that were not disclosed by the other party.

7.  This Agreement addresses spousal support, property, and debt division.

8.  This written Agreement is the complete agreement of the parties.

9.  There are no other representations, agreements, statements, or prior writings that shall have any effect on this Agreement.

10. Each party fully understands the Agreement and has knowingly and voluntarily signed the Agreement.

11. No change to the terms of this Agreement shall be valid unless in writing and knowingly and voluntarily signed by both parties.

The parties agree as follows:

**FIRST: SEPARATION**
The parties shall live separate and apart. Neither party shall interfere with the activities, personal life, or privacy of the other; harass the other, nor engage in any conduct calculated to restrain, embarrass, injure, or hinder the other in any way.

**SECOND: PROPERTY**
Marital property as defined in R.C. 3105.171 is property owned by either or both spouses and property in which either spouse has an interest in the property. Separate property as defined in R.C. 3105.171 is real or personal property that was inherited, acquired by one spouse prior to the date of marriage, acquired after a decree of legal separation under R.C. 3107.17, excluded by a valid antenuptial agreement, compensation for personal injury, except for loss of marital earnings and compensation for expenses paid from marital assets, or any gift of property that was given to only one spouse. If separate property is involved, the owner should consider consulting an attorney.  The party not receiving the separate property waives all interest in the property.

A.  Real Estate (select one):
Real estate includes lands, mortgaged properties, buildings, fixtures attached to buildings, attached structures (for example, garage, in-ground pool), condominiums, time shares, mobile homes, natural condition stakes (for example, gas, oil, mineral rights, existing soil, including trees and landscape), and inheritance rights in real estate. The property's legal description is on the deed or mortgage papers.
1.  ☐ The parties do not own any real estate.
2.  Marital Real Estate
    ☒ The parties owned real estate in one or both of their names and agree to award it as follows. A legal description of the property must be attached. (Attach a copy of the property's deed or mortgage papers.)

| Location of Property | Awarded to |
|---|---|
| 8514 Paris Ave. s.e Paris Oh 44669 | Devin Stauffer |

Supreme Court of Ohio
Uniform Domestic Relations Form – Affidavit 3
Parenting Proceeding Affidavit
Approved under Ohio Civil Rule 84
Effective Date: July 1, 2010

_____  _____
_____  _____
_____  _____

3. ☒ Each party shall pay and hold the other harmless from any debt owing on real estate he/she receives unless otherwise stated in this Agreement.

4. ☒ Other debt payment arrangements, including refinancing: _Devin Stauffer will Pay for the mortgage. Emily Stauffer will not have any financial responsibility for the property._

**If the real estate is not in the name of the party to whom it is awarded, the parties shall make arrangements to transfer the property to the proper party as soon as possible.**

B. Titled Vehicles (select one):
Titled vehicles include boats, trailers, automobiles, motorcycles, trucks, mobile homes, golf carts, motor scooters, sport utility vehicles (SUV), recreational vehicles (RV), all purpose vehicles (APV). Provide vehicle model, make, year, and serial number for all titled vehicle(s) that will be transferred.

1. ☐ The parties do not own any titled vehicle(s) in either party's name.

2. ☒ The titled vehicle(s) has/have already been divided or transferred, including all rights, title and interest in the vehicle(s) and is/are in the possession of the proper party. The parties are satisfied with the division.

3. ☐ The parties own titled vehicle(s) which has/have not been divided or transferred.
   Husband shall receive the following vehicle(s), free and clear of any claims from the Wife:
   _____
   _____
   _____

   and Wife shall receive the following vehicle(s), free and clear of any claims of the Husband:
   _____
   _____
   _____

4. Each party shall pay for and hold the other harmless from any debt owing on the titled vehicle(s) he/she receives unless otherwise stated in this Agreement.

5. Other debt payment arrangements regarding titled vehicle(s): _____
   _____
   _____
   _____

**If the vehicle's title is not in the name of the party to whom the vehicle is awarded, the current title holder shall transfer that title to the proper party as soon as the title is available for transfer. If title cannot be transferred immediately to the party to whom the vehicle is awarded, the party holding the title shall make the following arrangements to obtain and pay for license plates, registration,**

Supreme Court of Ohio
Uniform Domestic Relations Form – Affidavit 3
Parenting Proceeding Affidavit
Approved under Ohio Civil Rule 84
Effective Date: July 1, 2010

and insurance: _____

_____
_____
_____

C.   Household Goods and Personal Property (select one):
Household goods and personal property include appliances, tools, air conditioner window units,
doghouses, lawn mowers, riding lawn mowers, above ground pools, safety deposit boxes, jewelry,
furniture, refrigerators, silverware, collections, china, and books.
1.   ☒ The household goods and personal property are already divided and in the possession of the
proper party. The parties are satisfied with the division.

2.   ☐ The parties have household goods and personal property which have not been divided.
Husband shall have the following: _____

_____
_____
_____

and Wife shall have the following: _____

_____
_____
_____

3.   Delivery or pick-up of household goods and personal property shall be as follows: _____

_____
_____
_____

4.   Each party shall pay for and hold the other harmless from any debt owing on the household goods
and personal property he/she receives unless otherwise stated in this Agreement.

5.   Other debt arrangements regarding household goods and personal property: _____

_____
_____
_____

**The parties shall make arrangements to transfer possession of the household goods and personal
property to the proper party as soon as possible.**

D.   Financial Accounts (select one):
Financial accounts include checking, savings, certificates of deposit, money market accounts, medical or
health savings accounts, education or college saving plans (for example, 529 Plan) and trusts.

1.   ☒ The parties do not have any financial accounts.

2. ☐ The parties have financial accounts and agree the accounts are already divided and in the name of the proper party. The parties are satisfied with the division.

3. ☒ The parties have financial accounts which are not divided.
   Husband shall receive the following.

| Institution | Current Name(s) on Account | Type of Account |
|---|---|---|
| Huntington Bank | Devin & Emily Stauffer | ☒ checking ☐ saving<br>☐ other: _____ |
| _____ | _____ | ☐ checking ☐ saving<br>☐ other: _____ |
| _____ | _____ | ☐ checking ☐ saving<br>☐ other: _____ |

and Wife shall receive the following:

| Institution | Current Name(s) on Account | Type of Account |
|---|---|---|
| _____ | _____ | ☐ checking ☐ saving<br>☐ other: _____ |
| _____ | _____ | ☐ checking ☐ saving<br>☐ other: _____ |
| _____ | _____ | ☐ checking ☐ saving<br>☐ other: _____ |

4. Each party shall pay for and hold the other harmless from any debt owing on the financial accounts he/she receives unless otherwise stated in this Agreement.

5. Other arrangements regarding financial accounts: _____
   _____
   _____

**The parties shall make arrangements to transfer the financial accounts to the proper party as soon as possible.**

E. Stocks, Bonds, Securities, and Mutual Funds (select one):
1. ☒ The parties do not have any stocks, bonds, securities, or mutual funds.

2. ☐ One or both parties has/have stocks, bonds, securities, or mutual funds which are already divided and in the name of the proper party. The parties are satisfied with the division.

3. ☐ One or both parties has/have stocks, bonds, securities, or mutual funds which are not divided.
   Husband shall receive the following:

| Institution | Current Name(s) on Account | Number of Shares |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

and Wife shall receive the following:

Supreme Court of Ohio
Uniform Domestic Relations Form – Affidavit 3
Parenting Proceeding Affidavit
Approved under Ohio Civil Rule 84
Effective Date: July 1, 2010

| Institution | Current Name(s) on Account | Number of Shares |
|---|---|---|
| | | |
| | | |
| | | |

4. Each party shall pay for and hold the other harmless from any debt owing on the stocks, bonds, securities, or mutual funds he/she receives unless otherwise stated in this Agreement.

5. Other arrangements regarding the stocks, bonds, securities, or mutual funds:

_____

_____

_____

**The parties shall make arrangements to sell or transfer the stocks, bonds, securities, or mutual funds to the proper party as soon as possible.**

F. Business Interests (select one):

1. ☒ The parties do not have any business interests.

2. ☐ One or both parties has/have business interests and which are already divided and in the name of the proper party. The parties are satisfied with the division.

3. ☐ One or both parties has/have business interests which have not been divided.
   Husband shall receive the following:

| Name of Business | Ownership Interest |
|---|---|
| | |
| | |

and Wife shall receive the following:

| Name of Business | Ownership Interest |
|---|---|
| | |
| | |
| | |

4. Each party shall pay for and hold the other harmless from any debt owing on the business interests he/she receives unless otherwise stated in this Agreement.

5. Other arrangements regarding business interests: _____

_____

_____

_____

**The parties shall make arrangements to transfer the business interests to the proper party as soon**

Supreme Court of Ohio
Uniform Domestic Relations Form – Affidavit 3
Parenting Proceeding Affidavit
Approved under Ohio Civil Rule 84
Effective Date: July 1, 2010

as possible.

G. Pension, Profit Sharing, IRA, 401(k), and Other Retirement Plans (select one):

1. ☐ The parties do not have any pension, profit sharing, IRA, 401(k), or other retirement plans.

2. ☒ The pension(s), profit sharing, IRA, 401(k), or other retirement plans are already divided and in the proper party's name. The parties are satisfied with the division.

3. ☐ The parties have pension(s), profit sharing, IRA, 401(k), or other retirement plans which have not been divided.
Husband shall receive the following:

| Company | Name(s) on Plan | Amount/Share |
|---------|-----------------|--------------|
|         |                 |              |
|         |                 |              |
|         |                 |              |

and Wife shall receive the following:

| Company | Name(s) on Plan | Amount/Share |
|---------|-----------------|--------------|
|         |                 |              |
|         |                 |              |
|         |                 |              |

4. Each party shall pay for and hold the other harmless from any debt owing on the pension(s), profit sharing, IRA, 401(k), or other retirement plans he/she receives unless otherwise stated in this Agreement.

5. Other arrangements regarding pension(s), profit sharing, IRA, 401(k), or other retirement plans:
_____
_____
_____

The parties shall make arrangements to transfer interest in the pension(s), profit sharing, IRA, 401(k), or other retirement plans to the proper party as soon as possible.

A Qualified Domestic Relations Order (QDRO) or Division of Property Order (DOPO) may be necessary to divide some of these assets. If so, the QDRO and DOPO will be prepared by:
_____
and submitted to the Court within 90 days after the final hearing. Expenses of preparation shall be paid as follows: _____
_____
_____

Supreme Court of Ohio
Uniform Domestic Relations Form – Affidavit 3
Parenting Proceeding Affidavit
Approved under Ohio Civil Rule 84
Effective Date: July 1, 2010

The Court retains jurisdiction to interpret and enforce the terms of the documents of transfer.

H. Life Insurance Policies (select one):
1. ☒ The parties do not have any life insurance policy(ies) with a cash value.

2. ☐ The parties have life insurance policy(ies) and agree the cash value of all life insurance policy(ies) has/have already been divided. The parties are satisfied with the division.

3. ☐ The parties' life insurance policy(ies) has/have not been divided.
   Husband shall receive the following policy(ies), free and clear of any claims of the Wife: _____
   _____
   _____
   _____
   _____

   and Wife shall receive the following policy(ies), free and clear of any claims of the Husband:
   _____
   _____
   _____

4. Each party shall pay for and hold the other harmless from any debt owing on the life insurance policy(ies) he/she receives unless otherwise stated in this Agreement.

5. Other arrangements regarding life insurance policy(ies): _____
   _____
   _____
   _____

The parties shall make arrangements to transfer interest in the life insurance policy(ies) to the proper party as soon as possible.

I. Other Property (select one):
1. ☒ The parties do not have any other property.

2. ☐ The property shall be awarded as follows:

| Description of Property | To Be Kept By | | |
|---|---|---|---|
| _____ | ☐ Husband ☐ Wife ☐ Other | _____ |
| _____ | ☐ Husband ☐ Wife ☐ Other | _____ |
| _____ | ☐ Husband ☐ Wife ☐ Other | _____ |
| _____ | ☐ Husband ☐ Wife ☐ Other | _____ |

3. Each party shall pay for and hold the other harmless from any debt owing on the property he/she receives unless otherwise stated in this Agreement.

Supreme Court of Ohio
Uniform Domestic Relations Form – Affidavit 3
Parenting Proceeding Affidavit
Approved under Ohio Civil Rule 84
Effective Date: July 1, 2010

Page 39 of 87

4.  Other arrangements regarding the property above: _____
_____
_____

**The parties shall make arrangements to transfer interest in the property listed above to the proper party as soon as possible.**

**THIRD: DEBTS** (select one):
☐ The parties do not have any debts.

☒ Each party shall pay all debts incurred by him or her individually and in their individual name and shall hold the other party harmless for these debts.
☐ The parties have the following debts and have agreed to the payment of all debts owed, and agree to hold the other party harmless on those debts, as follows:

| Creditor | Purpose of Debt | Balance | Who Will Pay | |
|----------|-----------------|---------|--------------|--|
| _____ | _____ | _____ | ☐ Husband | ☐ Wife |
| _____ | _____ | _____ | ☐ Husband | ☐ Wife |
| _____ | _____ | _____ | ☐ Husband | ☐ Wife |
| _____ | _____ | _____ | ☐ Husband | ☐ Wife |

Bankruptcy (select one):
☒ The Court will retain jurisdiction to enforce payment of debt obligations, in the event a party files bankruptcy, including, but not limited to, the ability to determine the debt assigned is in the nature of maintenance, necessity or support and is therefore nondischargeable in bankruptcy, and/or making a future spousal support order, regardless of the spousal support order set forth below under **FOURTH: SPOUSAL SUPPORT.**

☐ Nothing in this order shall prevent the ☐ Plaintiff and ☐ Defendant from being fully discharged from the debts allocated in this order in a bankruptcy proceeding except for any orders expressly for spousal support and the following debts: _____
_____
_____
_____

Neither party shall incur liabilities against the other party in the future and each shall pay any debt incurred by him or her individually after the date of this agreement.

**FOURTH: SPOUSAL SUPPORT**
A.  Spousal Support Not Awarded
☒ Neither the Husband nor Wife shall pay spousal support to the other.  The Court shall not retain jurisdiction to modify spousal support, except as set forth above under **THIRD: DEBT.**

B.  Spousal Support Awarded
The ☐ Husband ☐ Wife shall pay spousal support to the ☐ Husband ☐ Wife
in the amount of  $ _____ per month plus 2% processing charge

Supreme Court of Ohio
Uniform Domestic Relations Form – Affidavit 3
Parenting Proceeding Affidavit
Approved under Ohio Civil Rule 84
Effective Date: July 1, 2010

Page 40 of 87

for a total of __$_____ per month, commencing on _____ and
due on the _____ day of the month. This spousal support shall continue
☐ indefinitely ☐ for a period of _____ .

C. Method of Payment of Spousal Support (select one):
☐ If there are no child(ren), the spousal support payment shall be made directly to
the ☐ Plaintiff ☐ Defendant.
☐ The spousal support payment, plus 2% processing charge, shall be made to the Ohio Child
Support Payment Central, P. O. Box 182372, Columbus, Ohio 43218-2372, as administered through
the _____ County Child Support Enforcement Agency by income withholding
at his/her place of employment.

☐ The Court shall not retain jurisdiction to modify spousal support.

☐ The Court shall retain jurisdiction to modify the ☐ amount ☐ duration of the spousal support
Order.

D. Termination of Spousal Support
This spousal support shall terminate sooner than the above stated date upon the Plaintiff's or the
Defendant's death or in the event of the following (check all that apply):
☐ The cohabitation of the person receiving support in a relationship comparable to marriage.
☐ The remarriage of the person receiving support.
☐ Other (specify): _____
_____
_____
_____

E. Deductibility of Spousal Support for All Tax Purposes (select one):
☐ The spousal support paid shall be deducted from income to the person paying the support and
included in income by the person receiving the support.
☐ The spousal support paid shall be included in income of the person paying the support.

F. Other orders regarding spousal support (specify): _____
_____

G. Arrearage
☐ Any temporary spousal support arrearage will survive this judgment entry.
☐ Any temporary spousal support arrearage will not survive this judgment entry.
☐ Other: _____

**FIFTH: NAME**
☐ _____ shall be restored to
the prior name of: _____

**SIXTH: ALLOCATION OF PARENTAL RIGHTS AND RESPONSIBILITIES, PARENTING TIME, CHILD
SUPPORT AND HEALTH CARE**

Supreme Court of Ohio
Uniform Domestic Relations Form – Affidavit 3
Parenting Proceeding Affidavit
Approved under Ohio Civil Rule 84
Effective Date: July 1, 2010

☐ The parties do not have child(ren) subject to the jurisdiction of the Court.

☒ The parties have minor child(ren) subject to the jurisdiction of the Court, and

a ☐ Parenting Plan or ☒ Shared Parenting Plan is attached.

## SEVENTH: OTHER

The parties agree to the following additional matters: _____

_____

_____

## EIGHTH: NON-USE OF OTHER'S CREDIT

From now on, neither party shall incur any debt or obligation upon the credit of the other or in their joint names. If a party incurs such a debt or obligation that party shall repay, indemnify, and hold the other harmless as to any such debt or obligation. All joint credit card accounts shall be immediately cancelled, and the cards shall be immediately destroyed.

## NINTH: INCORPORATION INTO DECREE/EFFECTIVENESS OF AGREEMENT

If one or both of the parties institute or have instituted proceedings for dissolution, divorce, or separation, this Agreement shall be presented to the Court with the request that it be adjudicated to be fair, just, and proper, and incorporated into the decree of the Court.

## TENTH: PERFORMANCE OF NECESSARY ACTS

Upon execution and approval of this Agreement by the Court, each party shall deliver to the other party, or permit the other party to take possession of all items of property to which each is entitled under the terms of this Agreement, and shall make all periodic payments required under the terms of this Agreement.

Upon failure of either party to execute and deliver any deed, conveyance, title, certificate or other document or instrument to the other party, an order of the Court incorporating this Agreement shall constitute and operate as a properly executed document, and the County Auditor, County Recorder, Clerk of Courts and/or all other public and private officials shall be authorized and directed to accept a properly certified copy of a court order incorporating this Agreement, a properly certified copy of the Agreement or an order of the Court in lieu of the document regularly required for the conveyance or transfer.

## ELEVENTH: SEVERABILITY

If any provision of this Agreement is held to be invalid or unenforceable, all other provisions shall continue in full force and effect.

## TWELFTH: APPLICABLE LAW

All of the provisions of this Agreement shall be construed and enforced in accordance with the laws of the State of Ohio.

## THIRTEENTH: MUTUAL RELEASE

Except as otherwise provided, the parties do release and forever discharge each other from any and all actions, suits, debts, claims, demands, and obligations whatsoever, both in law and in equity, which either of them ever had, now has, or may have or assert against the other upon or by reason of any matter or cause to the date of the execution of this Agreement.

Supreme Court of Ohio
Uniform Domestic Relations Form – Affidavit 3
Parenting Proceeding Affidavit
Approved under Ohio Civil Rule 84
Effective Date: July 1, 2010

Each party waives all rights of inheritance and the right to share in the estate of the other, and waives all rights which would otherwise be available as a surviving spouse, except payments or rights included in this Agreement.

_____
Your Signature (Husband)

2-8-16
_____
Date

_____
Your Signature (Wife)

2-8-16
_____
Date

Supreme Court of Ohio
Uniform Domestic Relations Form – Affidavit 3
Parenting Proceeding Affidavit
Approved under Ohio Civil Rule 84
Effective Date: July 1, 2010

Page 43 of 87

Aes/pnc Bank
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105


Akron Children's Hospital
PO Box 1757
Akron, OH 44309-1757


Ally Financial
Attn: Bankruptcy Dept
PO Box 380901
Bloomington, MN 55438


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Capital One
PO Box 30281
Salt Lake City, UT 84130


Capital One Bank USA NA
c/o Cheek Law Offices LLC
471 Broad St E - 12th Floor
Columbus, OH 43215


Capital One Bank USA NA
c/o Cheek Law Offices LLC
47`1 East Broad Street
12th Floor
Columbus, OH 43215


Cavalry Portfolio Services
Attn: Bankruptcy Department
500 Summit Lake Ste 400
Valhalla, NY 10595


CBE Group
Attn: Bankruptcy
1309 Technology Parkway
Cedar Falls, IA 50613

CCS
c/o Century Bank
PO Box 55126
Boston, MA 02205-5126


Centralized Business Solutions, Inc
Attn: Bankruptcy
PO Box 2818
North Canton, OH 44720


Chase Auto Finance
Attn: Bankruptcy
PO Box 901076
Fort Worth, TX 76101


Cks Financial
Attn: Bankruptcy
PO Box 2856
Chesapeake, VA 23327


CMRE Financial Services
Attn: Bankruptcy
3075 E. Imperial Hwy, Suite 200
Brea, CA 92821


Convergent Outsourcing, Inc.
Attn: Bankruptcy
PO Box 9004
Renton, WA 98057


Credit First National Association
Attn: Bankruptcy
PO Box 81315
Cleveland, OH 44181


Crown Asset Management LLC
c/o Levy & Associates LLC
4645 Executive Drive
Columbus, OH 43220


DM/Residential Bancorp
22632 Golden Springs Dr
Diamond Bar, CA 91765

Domenico Borsellino
PO Box 572
Waynesburg, OH 44688


ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256


Fidelity National Collections
885 South Sawburg Avenue
Suite 103
Alliance, OH 44601


Fidelity National Collections
885 S Sawburg Ave
Alliance, OH 44601


FinWise Bank/Opp Loans
Attn: Bankruptcy
130 E Randolp St, Ste3400
Chicago, IL 60601


Hunter Warfield
4620 Woodland Corporate Blvd
Tampa, FL 33614


Jefferson Capital Systems LLC
PO Box 17210
Golden, CO 80402


Lisa Hoobler
1427 Stratford Way
Wooster, OH 44691


Mercy Professional Care
PO Box 951103
Cleveland, OH 44193-0005


Michael S. Berkowitz
Attorney at Law
75 Public Square, 4th Floor
Cleveland, OH 44113

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108


New Hampshire Higher Ed
Granite State Management
PO Box 3420
Concord, NH 03302


Penn Credit
Attn: Bankruptcy
PO Box 988
Harrisburg, PA 17108


Philip H Dixon DDS
313 Canal Avenue SE
New Philadelphia, OH 44663


Psychological & Family Consultants
4572 Dressler Rd NW
Canton, OH 44718


Radiology Services of Canton
PO Box 20238
Canton, OH 44701


RBC, Inc
Attn: Bankruptcy
PO Box 1548
Mansfield, OH 44901


Residential Bancorp
1 Corporate Drive
Lake Zurich, IL 60047


Target
Attn: Bankruptcy
PO Box 9475
Minneapolis, MN 55440


Vista Psychological & Counseling
1201 South Main Street
Suite 100
North Canton, OH 44720

Westlake Financial Services
Attn: Bankruptcy
PO Box 76809
Los Angeles, CA 90054